No. 72–6.  INTERSTATE COMMERCE COMMISSION ET AL. *v.* BURLINGTON NORTHERN, INC.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 71–1471.  PENSEC *v.* UNITED STATES.  C. A. 3d Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–1483.  MASELLI *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–1525.  HOULE ET AL. *v.* DUVALL, COMMISSIONER OF LABOR.  Sup. Ct. N. H.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–1620.  ESTATE OF WITKOWSKI *v.* UNITED STATES.  C. A. 5th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–1666.  HUIE ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–22.  GODWIN *v.* FEDERAL LAND BANK OF HOUSTON.  C. A. 5th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–23.  GODWIN *v.* WOODWARD, JUDGE, ET AL.  C. A. 5th Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 72–97.  IN RE HAMPDEN VALLEY CONSTRUCTION Co., INC.  C. A. 1st Cir.  Motion to dispense with printing petition granted.  Certiorari denied.